UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAILEY 44, LLC, a California corporation,<br><br>Defendant. | Case No.:  3:20-cv-01138-BEN-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**[Doc. 5]** |

     The Parties jointly move for the first time to extend the time for Defendant Bailey 44, LLC to respond to the Complaint filed on June 23, 2020.  The Court has reviewed the motion and finds good cause to grant the motion exists.  The joint motion is hereby **GRANTED**.  Defendant Bailey 44, LLC shall respond to the Complaint on or before **September 9, 2020.**

     **IT IS SO ORDERED.**

Date: August 14, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge

1