Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAILEY 44, LLC, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-01138-BEN-WVG<br><br>Honorable Judge Robert T. Benitez<br><br>**NOTICE OF DISMISSAL** |

///
///
///
///
///
///
///
///
///

1
NOTICE OF DISMISSAL

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Julissa Cota ("Plaintiff"), by and through her undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Parties shall bear their own fees and costs.

Dated: November 13, 2020                                   Respectfully submitted,

                                                           _____
                                                           Thiago M. Coelho
                                                           **WILSHIRE LAW FIRM**
                                                           *Attorneys for Plaintiff and
                                                           the proposed class*

2
NOTICE OF DISMISSAL